UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAMUEL PENSAMIENTO, | ) | |
| | ) | C.A. No. 18-10475-PBS |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH D. MCDONALD, JR., | ) | |
| Plymouth County Sheriff, et al. | ) | |
| | ) | |
| Respondents. | ) | |

## STATUS REPORT

Counsel for petitioner Samuel Pensamiento hereby reports that, pursuant to the agreement reached at the hearing on Wednesday, April 25th, Mr. Pensamiento returned home on Friday, April 27th. ICE has scheduled him to appear at its offices on Monday, May 28th.

In addition to the terms specifically discussed at the hearing, ICE has required Mr. Pensamiento to participate in its Intensive Supervision Appearance Program (ISAP), including a requirement that Mr. Pensamiento be present for a home visit one day per week. Given that Mr. Pensamiento's wife is currently experiencing a high risk pregnancy and is expected to be induced on May 7th (with a likelihood that the baby may subsequently be hospitalized), Mr. Pensamiento is attempting to work with the ISAP administrators to ensure he can properly notify them in the event of a medical or other emergency. Mr. Pensamiento's counsel will confer with opposing counsel and, if necessary, contact the Court, in the event these concerns cannot be resolved.

B4829269.1

| | |
|---|---|
| May 1, 2018 | Respectfully submitted, |
| | /s/ Daniel L. McFadden<br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Anthony Mirenda (BBO #550587)<br>Daniel L. McFadden (BBO #676612)<br>Aaron Lang (BBO #693352)<br>Foley Hoag LLP<br>155 Seaport Blvd.<br>Boston, MA 02210<br>Tel: 617-832-1000<br><br>*Attorneys for Petitioner* |

## **CERTIFICATE OF SERVICE**

I hereby certify that document was filed by the ECF system and will be electronically served on all registered participants.

*/s/ Daniel L. McFadden*
Daniel L. McFadden