# United States Court of Appeals
## For the First Circuit

No. 18-1691

SAMUEL PENSAMIENTO

Petitioner - Appellee

v.

ANTONE MONIZ, Superintendent of Plymouth County Correctional Facility; THOMAS BROPHY, Immigration and Customs Enforcement and Removal Operation Acting Field Office Director

Respondents - Appellants

JOSEPH D. MCDONALD, JR., Plymouth County Sheriff

Respondent

**MANDATE**

Entered: December 26, 2018

    In accordance with the judgment of December 26, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Rayford A. Farquhar
John Hawkinson
Adriana Lafaille
Aaron Frederick Lang
Daniel Louis McFadden
Matthew R Segal
Carlton Frederick Sheffield
Cynthia A. Young