UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
SAMUEL PENSAMIENTO,              )
                                 )
            Petitioner,          )
                                 )
v.                               )     Civil Action
                                 )     No. 18-10475-PBS
                                 )
JOSEPH D. MCDONALD, JR., et al., )
                                 )
            Respondents.         )
                                 )
_____)
```

**ORDER**

February 25, 2019

Saris, C.J.

In accordance with the Court's Memorandum and Order dated May 21, 2018 (Docket No. 42), the Court enters judgment for Petitioner Samuel Pensamiento and dismisses this case.

/s/ PATTI B. SARIS
Patti B. Saris
Chief United States District Judge